

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Criminal Number: 18CR136 5:18-po-00680-MLC |
| v. | |
| BENJAMIN V GALLEGOS, | |
| Defendant. | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about 07/08/2018, within the exterior boundaries of Yellowstone National Park, in the District of Wyoming the Defendant, BENJAMIN V GALLEGOS, did knowingly and intentionally possess a controlled substance, to-wit: marijuana;

In violation of 21 U.S.C. §844.

DATED this 5th day of September, 2018.

MARK A. KLAASSEN
United States Attorney

By: _____
FRANCIS LELAND PICO
Assistant United States Attorney

# PENALTY SUMMARY

**DEFENDANT NAME:**   BENJAMIN V GALLEGOS

**DATE:**   08/28/2018

**INTERPRETER NEEDED:**   \_\_\_\_\_ Yes   \_\_X\_\_ No

THE GOVERNMENT, PURSUANT TO RULE 18, F.R.Cr.P., WITH DUE REGARD FOR THE CONVENIENCE OF THE DEFENDANT, ANY VICTIM AND WITNESSES, AND THE PROMPT ADMINISTRATION OF JUSTICE, REQUESTS TRIAL BE HELD IN:

\_\_\_\_\_ Cheyenne   \_\_\_\_\_ Casper   \_\_\_\_\_ Lander   \_\_X\_\_ No Preference

**VICTIM:**   \_\_\_\_ Yes   \_\_X\_\_ No

**OFFENSE:**   21 U.S.C. § 844
(Possession of Controlled Substance)

**PENALTY:**   Maximum of 1 year in jail
Minimum of $1,000 and maximum of $100,000 fine
Up to 5 years of unsupervised probation

**Agent:**   NPS
**AUSA:**   Francis LeLand Pico

**ESTIMATED TIME OF TRIAL:**   \_\_\_\_\_ 1-5 days   \_\_\_\_\_ more than 5 days

**THE GOVERNMENT WILL SEEK DETENTION IN THIS CASE:**

\_\_\_\_ Yes   \_\_X\_\_ No

**The court should not grant bond because the Defendant is not bondable because there are detainers from other jurisdictions:**

\_\_\_\_ Yes   \_\_X\_\_ No